## MACE ET AL. v. LOWDERMILK.

From the Clay Circuit Court.

*W. W. Carter* and *S. D. Coffey,* for appellants.

*S. M. McGregor,* for appellee.

BIDDLE, C. J.—In this case, David Diel and Jacob Diel, two of the appellants, appear and disclaim any interest in the appeal; and, the appellee having confessed error, the judgment is therefore reversed, at the costs of the appellee, and the cause remanded for further proceedings.

## EVANS v. HAMILTON.

From the Boone Circuit Court.

*W. B. Walls,* for appellant.

*C. C. Galvin, C. S. Wesner, O. S. Hamilton* and *—— Charlton,* for appellee.

BIDDLE, C. J.—Action on a promissory note.

Judgment. Appeal.

The only objection made to the judgment by the appellant and his counsel is, that they "think the decision is not sustained by sufficient evidence, and is contrary to law."

We think otherwise.

The judgment is affirmed, at the costs of the appellan..

## THE PITTSBURGH, CINCINNATI AND ST LOUIS R. W. CO. v. MILLER.

From the Blackford Circuit Court.

*N. O. Ross,* for appellant.

*E. Pierce* and *W. March,* for appellee.

HOWK, J.—The questions presented for our consideration in this cause are the same which were considered and decided by this court, at the last term, in the case of *The Pittsburgh, Cincinnati and St. Louis R. W. Co.* v. *Bolner,* 57 Ind. 572. Upon the authority of that case, this cause must be decided as that was decided.

The judgment of the court below is reversed, at the appellee's costs.

Petition for a rehearing overruled.